635 A.2d 424

## JARVIS STEEL & LUMBER CO., INC.

v.

William DEMPSEY, Ind. & Jointly, Paul Greenstein, Ind. & Jointly, t/a Royal Development Company.

No. 85, Sept. Term, 1993.

Court of Appeals of Maryland.

Jan. 12, 1994.

Cynthia E. Young, Annapolis, for petitioner.

Randall E. Goff, Arnold, for respondent.

Argued Before MURPHY, C.J., RODOWSKY, CHASANOW, KARWACKI, ROBERT M. BELL, RAKER, and ORTH, CHARLES E. Jr. (Retired and specially assigned).

## ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 12th day of January, 1994

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.